# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **AMOS MASON,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | **CIVIL ACTION NO. 3:22-cv-1805** |
| **v.** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **BRAUM'S, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

---

### DEFENDANT BRAUM'S INC.'S
### INDEX OF MATTERS BEING FILED

---

Defendant, BRAUM'S, INC., files this Index of all documents filed in the state court action:

1.  Court's Docket Sheet printed August 12, 2022;

2.  Plaintiff's Original Petition filed February 8, 2022;

3.  Plaintiff's Civil Process Request filed February 8, 2022;

4.  Citation – Braum's, Inc. filed February 8, 2022;

5.  Affidavit of Service filed February 16, 2022;

6.  Returned Mail filed March 4, 2022

7.  Defendant Braum's Inc.'s Original Answer filed March 14, 2022;

8.  Correspondence to Plaintiff's counsel with Answer and Deposition Request filed March 14, 2022;

9.  Jury Demand filed March 14, 2022;

10. Scheduling Order entered March 18, 2022;

11. Returned Mail to Chloe Johnson filed March 31, 2022;

12. Rule 11 Agreement filed June 7, 2022;

13.      Second Rule 11 Agreement filed July 29, 2022;

14.      Notice of Dismissal Hearing dated February 18, 2022;

15.      Jury Trial Notice to Robin Gant filed March 18, 2022;

16.      Jury Trial Notice to Chloe Johnson filed March 18, 2022;

Respectfully submitted,

**MAYER LLP**
750 North St. Paul Street, Suite 700
Dallas, Texas 75201
214.379.6900 / F:214.379.6939

By:   */s/ Robin R. Gant*
     Robin R. Gant
     State Bar No. 24069754
     E-Mail: rgant@mayerllp.com
     Amy Agnew
     State Bar No. 24048325
     E-Mail: aagnew@mayerllp.com

***Attorneys for Defendant***
***Braum's, Inc.***

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on August 16, 2022, the foregoing *Index of Matters Being Filed* was electronically filed, as required by the United States District Court for the Northern District of Texas, using the Court's CM/ECF filing system, which will provide notice and a copy of this document, with attachments, to the following, who are indicated to be registered ECF filers in the United States District Court for the Northern District of Texas:

Chloe Johnson
Daspit Law Firm
1200 Summit Ave., Ste. 504
Fort Worth, TX 76102

*Counsel for Plaintiff*

☐ E-Mail ((cjohnson@daspitlaw.com))
☐ Hand Delivery
☐ Facsimile
☐ Overnight Mail
☐ Regular, First Class Mail
☒ CM/ECF
☐ E-Service Only
☐ Certified Mail/Return Receipt Requested

*/s/ Robin R. Gant*
Robin R. Gant